IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

    Plaintiff,                      No. 2:12-cv-1153 LKK CKD

    vs.

JOHN ELKINS,

    Defendant.                  ORDER

_____/

        Plaintiff's motion for default judgment is pending before the court. Plaintiff seeks statutory damages for two actual visits. The complaint identifies the date of one actual visit to the subject establishment, i.e. March 27, 2012. Comp at 4:17. Plaintiff's affidavit submitted in support of the motion for default judgment does not set forth the dates of any other actual visits.

        Accordingly, no later than January 25, 2013, plaintiff shall file a supplemental affidavit identifying the dates of actual visits. Failure to comply with this order shall result in a recommendation that statutory damages be awarded only for one actual visit.

Dated: December 19, 2012

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

johnson-elkins1153.fb

1